**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KAUTZ, TIMOTHY B § | Case No. 11-81081 |
| KAUTZ, ELIZABETH J § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 01/04/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/__/_____    By: ___/s/ STEPHEN G. BALSLEY_____
                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KAUTZ, TIMOTHY B § | Case No. 11-81081 |
| KAUTZ, ELIZABETH J § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,039.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 3,964.00 |
| **Balance on hand:** | $ 3,964.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4 | The Bank of New York Mellon Trust Company, NA | 571,335.54 | 0.00 | 0.00 | 0.00 |
| 4 -2 | The Bank of New York Mellon Trust Company, NA | 571,335.54 | 0.00 | 0.00 | 0.00 |
| 7 | U.S. Bank N.A. | 189,407.65 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,964.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,009.75 | 0.00 | 1,009.75 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,009.75 |
| Remaining balance: | $ 2,954.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,954.25 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,247.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Dept. of Treasury | 0.00 | 0.00 | 0.00 |
| 1P-2 | Dept. of Treasury | 23,247.97 | 0.00 | 2,954.25 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,954.25 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,234.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Dept. of Treasury | 0.00 | 0.00 | 0.00 |
| 1U-2 | Dept. of Treasury | 1,045.39 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 882.66 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 4,758.30 | 0.00 | 0.00 |
| 5 | CANDICA L.L.C. | 7,195.76 | 0.00 | 0.00 |
| 6 | American Express Bank, FSB | 866.13 | 0.00 | 0.00 |
| 8 | Bureaus Investment Group Portfolio No 15 LLC | 15,486.55 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 11-81081-MB
Timothy B Kautz                                                 Chapter 7
Elizabeth J Kautz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman            Page 1 of 3           Date Rcvd: Dec 12, 2011
                              Form ID: pdf006           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2011.
db/jdb        +Timothy B Kautz,    Elizabeth J Kautz,    6001 Hawthorn Lane,    Lakewood,, IL 60014-3910
16977867       American Express,    P O Box 981535,    El Paso, Tx 79998-1535
17326257       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16977868       BP Chase,    P O Box 15153,    Wilmington, De 19886-5153
17306654      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
16977869       Capital One Bank USA,NA,    P O Box 6492,    Carol Stream, Il. 60197-6492
17207430       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16977870       Chase Visa,    P O Box 15153,    Wilmington, De 19886-5153
16977871      +Citibank/Home Depot M/C,    c/o LTD Financial Svcs,    7322 Southwest Freeway-#1600,
                Houston, TX 77074-2053
16977873      +Dept. of Treasury,    Internal Revenue Service,    P O Box 7346,    Philadelphia PA 19101-7346
16977874       HFC,   P O Box 17574,    Baltimore, Md. 21297-1574
16977875       HSBC Card Services,    c/o Asset Recovery Solutions,    2200 E Devon Ave - #200,
                Des Plaines, IL 60018-4501
17177165      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Dept of Treasury,    Internal Revenue Service,    POB 105416,
                Atlanta GA 30348-5416)
17112119      +Ocwen Loan Servicing LLC/agent for US Bank,    Randall S Miller & Associates LLC,
                120 N. LaSalle Street Suite 1140,    Chicago IL 60602-2426
16977876      +Ocwen Mortgage,    P O Box 6440,    Carol Stream, Il 60197-6440
16977877      +Statebridge Company LLC,    4600 S Syracuse St., #700,    Denver, Co 80237-2769
16977872      +The Bank of New York Mellon Trust Co,    Codilis & Associates,
                15W030 North Frontage Road Suite 100,    Burr Ridge, IL 60527-6921
17258088      +The Bank of New York Mellon Trust Company, NA,    c/o Codilis & Associates PC,
                15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17512335       E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2011 05:06:33
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corporat,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16977873      +E-mail/Text: cio.bncmail@irs.gov Dec 13 2011 03:20:28     Dept. of Treasury,
                Internal Revenue Service,    P O Box 7346,    Philadelphia PA 19101-7346
17177165       E-mail/Text: cio.bncmail@irs.gov Dec 13 2011 03:20:27     Dept of Treasury,
                Internal Revenue Service,    POB 105416,    Atlanta GA 30348-5416
16977878       E-mail/Text: bnc@ursi.com Dec 13 2011 04:18:15     The Home Depot,    c/o United Recovery Systems,
                P O Box 722910,    Houston, TX 77272-2910
17400421      +Fax: 407-737-5634 Dec 13 2011 04:42:46     U.S. Bank N.A.,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman              Page 2 of 3             Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2011**               **Signature:**     /s/ Joseph Speetjens

```
District/off: 0752-3          User: cbachman              Page 3 of 3                  Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2011 at the address(es) listed below:
              Fiona M. Whelan    on behalf of Trustee Lydia Meyer fwhelan00@hotmail.com
              Gloria C  Tsotsos    on behalf of Creditor   The Bank of New York Mellon Trust Company, NA, as
               grantor nd-three@il.cslegal.com
              Lydia  Meyer    on behalf of Trustee Lydia Meyer ecf@lsm13trustee.com
              Nathan J Reusch    on behalf of Creditor   Ocwen Loan Servicing, LLC nreusch@rsmalaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen J Costello    on behalf of Debtor Timothy Kautz steve@costellolaw.com
                                                                                             TOTAL: 7